# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 156

Christina Marie Goolsby,                          Petitioner and Appellant

v.

Kristina Crosby,                                                    Respondent

## No. 20250194

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Kelly A. Dillon, Judicial Referee.

AFFIRMED.

Per Curiam.

Christina M. Goolsby, self-represented, New Underwood, SD, petitioner and appellant; submitted on brief.

## Goolsby v. Crosby
## No. 20250194

**Per Curiam.**

[¶1]   Christina Goolsby appeals from a district court order denying her petition for a disorderly conduct restraining order. On appeal, Goolsby argues the court erred in concluding Respondent's conduct did not meet the statutory definition of disorderly conduct.

[¶2]   After reviewing the record and the district court's findings, we conclude the court's findings are not clearly erroneous and the court did not abuse its discretion in denying the petition for a disorderly conduct restraining order. *Anderson v. Lamm*, 2023 ND 249, ¶ 10, 999 N.W.2d 627 ("We review factual findings made in a disorderly conduct restraining order proceeding under the clearly erroneous standard of review."); *Gerszewski v. Rostvet*, 2024 ND 141, ¶ 4, 10 N.W.3d 104 (stating this Court will not reverse a district court's decision whether to grant a restraining order or to conduct a hearing unless the court abused its discretion). We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶3]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte
Douglas A. Bahr